IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO.: 2:91--CR-12-BR-1

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| | ) | |
| **Cathie Louise Meads** | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Malcolm J. Howard, Senior U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **2:91-CR-12-H-1.**

SO ORDERED, this the 23rd day of October, 2012.

*/s/ Julie A. Richards*
Clerk of Court