UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
DOCKET NO. 2:91CR00012-001H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| CATHIE LOUISE MEADS, | ) | |

It now appearing to the court that the said Cathie Louise Meads died on or about January 5, 2012. At which time a remaining liability existed in the amount of $867.00.

**THEREFORE,** the court does find and conclude that the judgment did abate with the death of said debtor.

This the 24th day of October, 2012.

_____
MALCOLM J. HOWARD
U.S. District Court Judge